**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert F. King                                                CHAPTER 13
           Beth A. King fka Beth A.
Dethomas                                                     BKY. NO. 21-22333 CMB
                           Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 and index same on the master mailing list.

                                             Respectfully submitted,

                                             /s/ Maria D. Miksich
                                             Maria Miksich
                                             02 Nov 2021, 13:28:24, EDT

                                             Brian C. Nicholas, Esq. (317240) ☐
                                             Maria D. Miksich, Esq. (319383) ☑
                                             Rebecca A. Solarz, Esq. (315936) ☐
                                             KML Law Group, P.C.
                                             BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106
                                             412-430-3594
                                             bkgroup@kmllawgroup.com