10/14/21
R071J60

14999J20

REG HEALTH CENTER GEN FUND
436 Grant Street
Pittsburgh Pa 15219

KING, BETH A
146 EAST COLLEGE STREET
CANONSBURG,        PA    15317

| | | Route: | 26-2LPN |
|---|---|---|---|
| | | Check No: | 2589 |
| | | Check Date: | 08/20/21 |
| | | Period End: | 08/14/21 |
| | | Period From: | 08/01/21 |
| | | Period Thru: | 08/14/21 |

| Period Earnings | Hours | Rate | Amount |
|---|---|---|---|
| Regular Pay | 72.00 | 22.8227 | 1,643.22 |
| Hazard-OT1.5 | | | |
| OT 1.5 | .25 | 34.2341 | 8.56 |
| Shift $0.85 | 72.00 | .8500 | 61.20 |
| Vacation | 8.00 | 22.8227 | 182.58 |
| ...nal | | | |
| ...nal | | | |
| Holiday | | | |
| Hol WR 1.5 | | | |
| Ln Adm Leave | | | |
| ...ereavement | | | |
| Inc Pay/750T | .25 | 1.1250 | .28 |
| Inc Pay .25 | 16.00 | .2500 | 4.00 |
| Inc Pay.25OT | .25 | .3750 | .09 |
| Uniform,Allow | | | |
| ...bellms Bus | | | |
| Hazard Pay | | | |
| Hazard PayOT | | | |
| Haz2PayRet OT | | | |
| Haz Pay - OT | | | |

| Year to Date | Description | Period Amount | Year to Date |
|---|---|---|---|
| 26,755.70 | Gross Wages | 1899.93 | 36,595.97 |
| 34.23 | Federal Income Tax | 105.45 | 2,302.70 |
| 119.82 | Federal FICA Withheld | 114.11 | 2,203.43 |
| 1,031.69 | Federal Medicare Withheld | 26.69 | 515.32 |
| 1,095.48 | PENNSYLVANIA With | 56.50 | 1,091.05 |
| 912.90 | PENNSYLVANIA SUI | 1.14 | 21.96 |
| 547.74 | Scott Township LST | 2.00 | 34.00 |
| 2.00 | CANONSBURG With | 9.20 | 177.69 |
| 21.96 | Canon-Mcmillan S D | 9.20 | 177.69 |
| 1,270.90 | Retirement | 199.40 | 3,780.26 |
| 9.20 | HlthFee3.25% | 59.48 | 1,009.86 |
| 1,363.98 | Con Flx Fam | 5.07 | 46.96 |
| 358.00 | Union Dues | 64.00 | 156.00 |
| 730.32 | Credit Union | 150.00 | 2,550.00 |
| 5.07 | | 0.00 | 0.00 |
| 64.00 | | 0.00 | 0.00 |
| 1.60 | | 0.00 | 0.00 |
| 350.00 | | 0.00 | 0.00 |
| 100.00 | | 0.00 | 0.00 |
| 1,720.56 | | 0.00 | 0.00 |
| 6.41 | | | |
| 122.44 | | | |
| 5.13 | | | |

| Gross Pay | Total Deductions | Net Pay |
|---|---|---|
| 1,899.93 | 733.26 | 1,166.67 |

10/14/21
R07186

REG /HEALTH CENTER GEN FUND
436 Grant Street
Pittsburgh PA 15219

1499920
KING, BETH A
146 EAST COLLEGE STREET
CANONSBURG,   PA   15317

| | Route: | 26-21PN |
| --- | --- | --- |
| | Check No: | 2664 |
| | Check Date: | 09/03/21 |
| | Period End: | 08/28/21 |
| | Period From: | 08/15/21 |
| | Period Thru: | 08/28/21 |

| Period Earnings | Hours | Rate | Amount | Year to Date |
| --- | --- | --- | --- | --- |
| Regular Pay | 80.00 | 22.8227 | 1,825.80 | 28,581.50 |
| Hazard-OT1.5 | | | | 34.23 |
| OT 1.5 | .50 | 34.2341 | 17.12 | 136.94 |
| Shift $0.85 | 80.00 | .8500 | 68.00 | 1,099.69 |
| Vacation | | | | 1,095.48 |
| ...k | | | | 912.90 |
| ...nal | | | | 547.74 |
| Holiday | | | | 1,270.90 |
| 50% Wk 1.5 | | | | 1,363.98 |
| Adm Leave | | | | 358.00 |
| Bereavement | | | | 730.32 |
| 50 Pay/75OT | .50 | 1.1250 | .56 | 5.63 |
| Re Pay .25 | 16.00 | .2500 | 4.00 | 68.00 |
| Inc Pay.25OT | | | | 1.60 |
| Uniform Allow | | | | 350.00 |
| Guidelines Bns | | | | 100.00 |
| Hazard Pay | | | | 1,720.56 |
| Hazard PayOT | | | | 6.41 |
| Haz2PayRet OT | | | | 122.44 |
| Haz Pay - OT | | | | 5.13 |
| Gross Pay C/P | | | 1.00 | 18.00 |
| Wrk Comp C/P | | | 1.00 | 18.00 |
| Retire C/P | | | 24.37 | 739.65 |
| LifeInst0CP | | | 2.42 | 438.66 |
| Vis Bas C/P | | | 7.52 | 21.78 |
| Dental Flex C/P | | | 201.13 | 13,347.20 |
| ...unk C/P | | | 8.00 | 144.00 |
| | | | | 3,981.39 |

| Description | Period Amount | Year to Date |
| --- | --- | --- |
| Gross Wages | 1915.48 | 38,511.45 |
| Federal Income Tax | 106.42 | 2,409.12 |
| Federal FICA Withheld | 114.71 | 2,318.14 |
| Federal Medicare Withheld | 26.82 | 542.14 |
| PENNSYLVANIA With | 56.80 | 1,147.85 |
| PENNSYLVANIA SUI | 1.15 | 23.11 |
| Scott Township LST | 2.00 | 36.00 |
| CANONSBURG With | 9.25 | 186.94 |
| Canon-Mcmillan S D | 9.25 | 186.94 |
| Retirement | 201.13 | 3,981.39 |
| HlthFee3.25% | 59.48 | 1,069.94 |
| Con Flx Fam | 5.87 | 52.83 |
| Union Dues | 0.00 | 156.00 |
| Credit Union | 150.00 | 2,700.00 |

| | Gross Pay | Total Deductions | Net Pay |
| --- | --- | --- | --- |
| | 1,915.48 | 742.88 | 1,172.60 |

10/14/21
R07J186

REG HEALTH CENTER GEN FUND
456 Grant Street
Pittsburgh PA 15219

1499920
KING, BETH A
146 EAST COLLEGE STREET
CANONSBURG,    PA    15317

| Route: | 26-2LPN |
| --- | --- |
| Check No. | 2567 |
| Check Date: | 09/17/21 |
| Period End: | 09/11/21 |
| Period From: | 08/29/21 |
| Period Thru: | 09/11/21 |

| Period Earnings | Hours | Rate | Amount | Year to Date | Description | Period Amount | Year to Date |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Regular Pay | 31.00 | 22.8227 | 707.50 | 29,289.00 | Gross Wages | 2011.91 | 40,523.36 |
| Hazard-OT1.5 | | | | 34.23 | Federal Income Tax | 117.48 | 2,526.60 |
| OT 1.5 | | | | 136.94 | Federal FICA Withheld | 121.05 | 2,439.19 |
| Shift $0.85 | 31.00 | .8500 | 26.35 | 1,126.04 | Federal Medicare Withheld | 28.31 | 570.45 |
| Vacation | 40.00 | 22.8227 | 912.90 | 2,008.38 | PENNSYLVANIA    With | 59.94 | 1,207.79 |
| Sick | 8.00 | 22.8227 | 182.58 | 1,095.48 | PENNSYLVANIA    SUI | 1.20 | 24.31 |
| Personal | | | | 547.74 | Scott Township LST | 2.00 | 38.00 |
| Holiday | 8.00 | 22.8227 | 182.58 | 1,453.48 | CANONSBURG    With | 9.76 | 196.70 |
| Tol Wd Wk 1.5 | | | | 1,363.98 | Canon-Mcmillan S D | 9.76 | 196.70 |
| Rgl Atn Leave | | | | 358.00 | Retirement | 211.25 | 4,192.64 |
| Bereavement | | | | 730.32 | Hlth/Fee3.25% | 59.48 | 1,128.82 |
| Reg Pay/75OT | | | | 5.63 | Con Flx Fam | 0.00 | 52.83 |
| Vac Pay .25 | | | | 68.00 | Union Dues | 0.00 | 156.00 |
| Inc Pay.25OT | | | | 1.60 | Credit Union | 150.00 | 2,850.00 |
| Hol Pay.25OT | | | | Credit Union | | | |
| UniformAllow | | | | 350.00 | | 0.00 | |
| cellnes Bns | | | | 100.00 | | 0.00 | |
| Hazard Pay | | | | 1,720.56 | | 0.00 | |
| Hazard PayOT | | | | 6.41 | . | 0.00 | |
| HazPayRet OT | | | | 122.44 | | 0.00 | |
| Haz Pay - OT | | | | 5.13 | | 0.00 | |
| | | | 1.00 | 19.00 | | 0.00 | |
| | | | 1.00 | 19.00 | | 0.00 | |
| Dental Flex C/P | | | 24.37 | 463.03 | | 0.00 | |
| 'mask C/P | | | 739.65 | 14,086.85 | | 0.00 | |
| Bas C/P | | | | 21.78 | | 0.00 | |
| Lifelns10C/P | | | .94 | 8.46 | | 0.00 | |
| Retire C/P | | | 211.25 | 4,192.64 | | 0.00 | |
| Wrk Comp C/P | | | 8.00 | 152.00 | | 0.00 | |

| Gross Pay | Total Deductions | Net Pay |
| --- | --- | --- |
| 2,011.91 | 770.23 | 1,241.68 |

**ROBERT F KING**

146 E COLLEGE ST

CANONSBURG, PA
15317

US

**DOLGENCORP, LLC**
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

| | | | | | Rate | Hours | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Pay Date | 09/10/2021 | Earnings Totals | | | | | Current | YTD |
| Advice # | 68908907 | Gross Pay | | | | | $89.69 | $2,679.27 |
| Pay Period Start | 08/28/2021 | Net Pay | | | | | $79.12 | $2,334.17 |
| | | Deduction Totals | | | | | Current | YTD |
| Pay Period End | 09/03/2021 | Taxes | | | | | $10.57 | $345.10 |
| | | Other Deductions | | | | | | $0.00 |
| Department | 13237 | Earnings Detail | | | Rate | Hours | Current | YTD |
| SSN | xxxxx8017 | REGULAR | | | $8.75 | 10.25 | $89.69 | $2,679.27 |
| | | Deductions Detail | | | | | Current | YTD |
| | | FICA EE | | | | | $5.56 | $166.11 |
| **Exemptions** | | MEDICARE | | | | | $1.30 | $38.85 |
| | | FED W/H | | | | | | $29.47 |
| State | 0 | PA W/H | | | | | $2.75 | $82.25 |
| Local | 0 | PA ADDL | | | | | $0.06 | $1.61 |
| | | CANSBURG | | | | | $0.90 | $26.81 |

**Exemptions**

State    0

Local    0

**Employment Information**

| Pay Rate | $8.75 |
|---|---|
| Job Code | 432 |
| Job Shift | 1 |

Other Information

| Employee ID | 2095679 |
|---|---|
| Basis of Pay: Hourly | Non-exempt |
| Fed Mult Jobs | FALSE |
| Fed Oth Inc Amt | 14000.0000 |

Distributions | Current
CHECKING ******7681 | $79.12

Messages
CALL 1-888-237-4114 TO REPORT HARASSMENT

**ROBERT F KING**

146 E COLLEGE ST

CANONSBURG, PA
15317

US

**DOLGENCORP, LLC**

100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

| | | | | Current | YTD |
|---|---|---|---|---|---|
| Earnings Totals | | | | | |
| Gross Pay | | | | $137.81 | $2,817.08 |
| Net Pay | | | | $121.57 | $2,455.74 |

| Pay Date | 09/24/2021 |
|---|---|
| Advice # | 69239460 |
| Pay Period Start | 09/11/2021 |
| Pay Period End | 09/17/2021 |
| Department | 13237 |
| SSN | xxxxx8017 |

| | | | | Current | YTD |
|---|---|---|---|---|---|
| Deduction Totals | | | | | |
| Taxes | | | | $16.24 | $361.34 |
| Other Deductions | | | | | $0.00 |

| | Rate | Hours | | Current | YTD |
|---|---|---|---|---|---|
| Earnings Detail | | | | | |
| REGULAR | $8.75 | 15.75 | | $137.81 | $2,817.08 |

| | | | | Current | YTD |
|---|---|---|---|---|---|
| Deductions Detail | | | | | |
| FICA EE | | | | $8.55 | $174.66 |
| MEDICARE | | | | $2.00 | $40.85 |
| FED W/H | | | | | $29.47 |
| PA W/H | | | | $4.23 | $86.48 |
| PA ADDL | | | | $0.08 | $1.69 |
| CANSBURG | | | | $1.38 | $28.19 |

**Exemptions**

| State | 0 |
|---|---|
| Local | 0 |

**Employment Information**

| Pay Rate | $8.75 |
|---|---|
| Job Code | 432 |
| Job Shift | 1 |

Other Information

| Employee ID | 2095679 |
|---|---|
| Basis of Pay: Hourly | Non-exempt |
| Fed Mult Jobs | FALSE |
| Fed Oth Inc Amt | 14000.0000 |

Distributions

| | Current |
|---|---|
| CHECKING ******7681 | $121.57 |

Messages

BENEFITS ANNUAL ENROLLMENT - OCT 25 - NOV 5

**ROBERT F KING**

146 E COLLEGE ST

CANONSBURG, PA
15317

US

| | |
|---|---|
| Pay Date | 09/03/2021 |
| Advice # | 68754352 |
| Pay Period Start | 08/21/2021 |
| Pay Period End | 08/27/2021 |
| Department | 13237 |
| SSN | xxxxx8017 |

**Exemptions**

| | |
|---|---|
| State | 0 |
| Local | 0 |

**Employment Information**

| | |
|---|---|
| Pay Rate | $8.75 |
| Job Code | 432 |
| Job Shift | 1 |

**DOLGENCORP, LLC**
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

| Earnings Totals | Current | YTD |
|---|---|---|
| Gross Pay | $61.25 | $2,589.58 |
| Net Pay | $54.05 | $2,255.05 |

| Deduction Totals | Current | YTD |
|---|---|---|
| Taxes | $7.20 | $334.53 |
| Other Deductions | | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REGULAR | $8.75 | 7.00 | $61.25 | $2,589.58 |

| Deductions Detail | Current | YTD |
|---|---|---|
| FICA EE | $3.79 | $160.55 |
| MEDICARE | $0.89 | $37.55 |
| FED W/H | | $29.47 |
| PA W/H | $1.88 | $79.50 |
| PA ADDL | $0.03 | $1.55 |
| CANSBURG | $0.61 | $25.91 |

| Other Information | |
|---|---|
| Employee ID | 2095679 |
| Basis of Pay: Hourly | Non-exempt |
| Fed Mult Jobs | FALSE |
| Fed Oth Inc Amt | 14000.0000 |

| Distributions | Current |
|---|---|
| CHECKING ******7681 | $54.05 |

Messages
REPORT EMPLOYEE DISHONESTY - STARS 1-800-334-9338

**ROBERT F KING**

146 E COLLEGE ST

CANONSBURG, PA
15317

US

**DOLGENCORP, LLC**
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

| | | | | | | Current | YTD |
|---|---|---|---|---|---|---|---|
| Pay Date | 08/27/2021 | Earnings Totals | | | | | |
| | | Gross Pay | | | | $146.56 | $2,528.33 |
| Advice # | 68597846 | Net Pay | | | | $129.29 | $2,201.00 |
| Pay Period Start | 08/14/2021 | Deduction Totals | | | | Current | YTD |
| | | Taxes | | | | $17.27 | $327.33 |
| Pay Period End | 08/20/2021 | Other Deductions | | | | | $0.00 |
| | | Earnings Detail | Rate | Hours | | Current | YTD |
| Department | 13237 | REGULAR | $8.75 | 16.75 | | $146.56 | $2,528.33 |
| SSN | xxxxx8017 | Deductions Detail | | | | Current | YTD |
| | | FICA EE | | | | $9.09 | $156.76 |
| | | MEDICARE | | | | $2.12 | $36.66 |
| **Exemptions** | | FED W/H | | | | | $29.47 |
| State | 0 | PA W/H | | | | $4.50 | $77.62 |
| Local | 0 | PA ADDL | | | | $0.09 | $1.52 |
| | | CANSBURG | | | | $1.47 | $25.30 |
| | | Other Information | | | | | |
| | | Employee ID | | | | | 2095679 |
| **Employment Information** | | Basis of Pay: Hourly | | | | | Non-exempt |
| | | Fed Mult Jobs | | | | | FALSE |
| Pay Rate | $8.75 | Fed Oth Inc Amt | | | | | 14000.0000 |
| | | Distributions | | | | Current | |
| Job Code | 432 | CHECKING ******7681 | | | | $129.29 | |
| Job Shift | 1 | Messages | | | | | |
| | | BENEFIT QUESTIONS? PLEASE CALL 1-855-ASK-DGHR | | | | | |

**ROBERT F KING**

146 E COLLEGE ST

CANONSBURG, PA
15317

US

**DOLGENCORP, LLC**
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

| | | | | Current | YTD |
|---|---|---|---|---|---|
| **Earnings Totals** | | | | | |
| Gross Pay | | | | $70.00 | $2,381.77 |
| Net Pay | | | | $61.75 | $2,071.71 |

| Pay Date | 08/20/2021 |
|---|---|
| Advice # | 68444194 |
| Pay Period Start | 08/07/2021 |
| Pay Period End | 08/13/2021 |
| Department | 13237 |
| SSN | xxxxx8017 |

| | | | | Current | YTD |
|---|---|---|---|---|---|
| **Deduction Totals** | | | | | |
| Taxes | | | | $8.25 | $310.06 |
| Other Deductions | | | | | $0.00 |

| | Rate | Hours | | Current | YTD |
|---|---|---|---|---|---|
| **Earnings Detail** | | | | | |
| REGULAR | $8.75 | 8.00 | | $70.00 | $2,381.77 |

| | | | | Current | YTD |
|---|---|---|---|---|---|
| **Deductions Detail** | | | | | |
| FICA EE | | | | $4.34 | $147.67 |
| MEDICARE | | | | $1.02 | $34.54 |
| FED W/H | | | | | $29.47 |
| PA W/H | | | | $2.15 | $73.12 |
| PA ADDL | | | | $0.04 | $1.43 |
| CANSBURG | | | | $0.70 | $23.83 |

### Exemptions

| State | 0 |
|---|---|
| Local | 0 |

| **Other Information** | |
|---|---|
| Employee ID | 2095679 |
| Basis of Pay: Hourly | Non-exempt |
| Fed Mult Jobs | FALSE |
| Fed Oth Inc Amt | 14000.0000 |

### Employment Information

| Pay Rate | $8.75 |
|---|---|
| Job Code | 432 |
| Job Shift | 1 |

| **Distributions** | | Current |
|---|---|---|
| CHECKING ******7681 | | $61.75 |

**Messages**
INVITE YOUR CUSTOMERS TO TAKE THE CUSTOMER SURVEY

**ROBERT F KING**

146 E COLLEGE ST

CANONSBURG, PA
15317

US

**DOLGENCORP, LLC**
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

| | | | | Current | YTD |
|---|---|---|---|---|---|
| Earnings Totals | | | | | |
| Gross Pay | | | | $175.00 | $2,311.77 |
| Net Pay | | | | $154.38 | $2,009.96 |

| Pay Date | 08/13/2021 |
|---|---|
| Advice # | 68287248 |
| Pay Period Start | 07/31/2021 |
| Pay Period End | 08/06/2021 |
| Department | 13237 |
| SSN | xxxxx8017 |

| | | | | Current | YTD |
|---|---|---|---|---|---|
| Deduction Totals | | | | | |
| Taxes | | | | $20.62 | $301.81 |
| Other Deductions | | | | | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REGULAR | $8.75 | 20.00 | $175.00 | $2,311.77 |

**Exemptions**

| State | 0 |
|---|---|
| Local | 0 |

| Deductions Detail | | | | Current | YTD |
|---|---|---|---|---|---|
| FICA EE | | | | $10.85 | $143.33 |
| MEDICARE | | | | $2.54 | $33.52 |
| FED W/H | | | | | $29.47 |
| PA W/H | | | | $5.37 | $70.97 |
| PA ADDL | | | | $0.11 | $1.39 |
| CANSBURG | | | | $1.75 | $23.13 |

**Employment Information**

| Pay Rate | $8.75 |
|---|---|
| Job Code | 432 |
| Job Shift | 1 |

Other Information

| Employee ID | 2095679 |
|---|---|
| Basis of Pay: Hourly | Non-exempt |
| Fed Mult Jobs | FALSE |
| Fed Oth Inc Amt | 14000.0000 |

| Distributions | Current |
|---|---|
| CHECKING ******7681 | $154.38 |

Messages
CALL 1-888-237-4114 TO REPORT WORK OFF THE CLOCK

**ROBERT F KING**
146 E COLLEGE ST
CANONSBURG, PA
15317
US

**DOLGENCORP, LLC**
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

| | | | | Current | YTD |
|---|---|---|---|---|---|
| **Earnings Totals** | | | | Current | YTD |
| Pay Date | 08/06/2021 | Gross Pay | | $235.88 | $2,136.77 |
| Advice # | 68134857 | Net Pay | | $205.86 | $1,855.58 |
| | | **Deduction Totals** | | Current | YTD |
| Pay Period Start | 07/24/2021 | Taxes | | $30.02 | $281.19 |
| | | Other Deductions | | | $0.00 |

| **Earnings Detail** | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Pay Period End 07/30/2021 | | | | |
| REGULAR | $9.25 | 25.50 | $235.88 | $2,136.77 |

Department  13237
SSN  xxxxx8017

| **Deductions Detail** | Current | YTD |
|---|---|---|
| FICA EE | $14.62 | $132.48 |
| MEDICARE | $3.42 | $30.98 |
| FED W/H | $2.24 | $29.47 |
| PA W/H | $7.24 | $65.60 |
| PA ADDL | $0.14 | $1.28 |
| CANSBURG | $2.36 | $21.38 |

**Exemptions**

| State | 0 |
|---|---|
| Local | 0 |

| **Other Information** | |
|---|---|
| Employee ID | 2095679 |
| Basis of Pay: Hourly | Non-exempt |
| Fed Mult Jobs | FALSE |
| Fed Oth Inc Amt | 14000.0000 |

**Employment Information**

| Pay Rate | $8.75 |
|---|---|
| Job Code | 432 |
| Job Shift | 1 |

| **Distributions** | Current |
|---|---|
| CHECKING ******7681 | $205.86 |

**Messages**
CALL 1-888-237-4114 TO REPORT DISCRIMINATION

**ROBERT F KING**

146 E COLLEGE ST

CANONSBURG, PA
15317

US

| Pay Date | 10/01/2021 |
|---|---|
| Advice # | 69396878 |

| Pay Period Start | 09/18/2021 |
|---|---|
| Pay Period End | 09/24/2021 |
| Department | 13237 |
| SSN | xxxxx8017 |

**Exemptions**

| State | 0 |
|---|---|
| Local | 0 |

**Employment Information**

| Pay Rate | $8.75 |
|---|---|
| Job Code | 432 |
| Job Shift | 1 |

**DOLGENCORP, LLC**
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

| Earnings Totals | | Current | YTD |
|---|---|---|---|
| Gross Pay | | $124.69 | $2,941.77 |
| Net Pay | | $109.99 | $2,565.73 |

| Deduction Totals | | Current | YTD |
|---|---|---|---|
| Taxes | | $14.70 | $376.04 |
| Other Deductions | | | $0.00 |

| Earnings Detail | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REGULAR | $8.75 | 14.25 | $124.69 | $2,941.77 |

| Deductions Detail | Current | YTD |
|---|---|---|
| FICA EE | $7.73 | $182.39 |
| MEDICARE | $1.81 | $42.66 |
| FED W/H | | $29.47 |
| PA W/H | $3.83 | $90.31 |
| PA ADDL | $0.08 | $1.77 |
| CANSBURG | $1.25 | $29.44 |

| Other Information | |
|---|---|
| Employee ID | 2095679 |
| Basis of Pay: Hourly | Non-exempt |
| Fed Mult Jobs | FALSE |
| Fed Oth Inc Amt | 14000.0000 |

| Distributions | Current |
|---|---|
| CHECKING ******7681 | $109.99 |

Messages
FIELD DG VOICE - 9/27 - 10/8