**LOCAL BANKRUPTCY FORM NO. 26**
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 21-22333-CMB** |
| **Robert  F. King** | ) | **Chapter  13** |
| | | |
| **Beth A. King, fka Beth A  Dethomas** | ) | **Doc No.** |
| **Debtor** | ) | |
| **Beth A. King, fka Beth A  Dethomas** | ) | **Motion No.  WO-1** |
| **Movant** | ) | |
| **v.** | ) | |
| **County of Allegheny** | ) | |
| **Respondent** | ) | |

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that**:** until  further  order  of  this  Court,  the Respondent  from  which  the  Debtor  receives income

**County of Allegheny**
**Attn: Payroll Manager**
**436 Grant Street , Room 104**
**Pittsburgh, PA 15219**

(1) shall deduct from that income the sum of **$647.00 bi-weekly**, as the Debtor is paid on a **bi-weekly** basis, beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

**RONDA J. WINNECOUR**
**CHAPTER 13 TRUSTEE, W.D. PA.**
**PO Box 84051**
**Chicago, IL 60689-4002**

(2)        the Debtor is paid  bi-weekly, and the monthly plan payment is $1,400.00.
(3)        the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.
(4)        the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the Respondent. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

(5)    all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

(6)    NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR ANY OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.

(7)    this order supersedes previous orders made to the Respondent in this case.

(8)    the Respondent shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

(9)    that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this ___8th___ day of ___December___, **2021**

Carlota M. Böhm
dmk

Chief Judge Carlota M. Bohm
United States Bankruptcy Judge

FILED
12/8/21 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Cm: parties of interest

PAWB Local Form 11

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 21-22333-CMB
Robert F. King                                                                            Chapter 13
Beth A. King
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dsaw                                      Page 1 of 2
Date Rcvd: Dec 08, 2021                       Form ID: pdf900                                 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Robert F. King, Beth A. King, 146 East College Street, Canonsburg, PA 15317-1731 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Joint Debtor Beth A. King keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor Robert F. King keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com |
| Maria Miksich | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 mmiksich@kmllawgroup.com |

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6