# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | Bankruptcy No. 21-22333-CMB |
| **Robert F. King** | ) | Chapter 13 |
| | | |
| **Beth A. King, fka Beth A Dethomas** | ) | Doc No. |
|    Debtor | ) | |
| **Beth A. King, fka Beth A Dethomas** | ) | Motion No. WO-1 |
|    Movant | ) | |
|    v. | ) | |
| **County of Allegheny** | ) | |
|    Respondent | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 9, 2021

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
1. Robert F. King & Beth A. King 146 East College Street, Canonsburg, PA 15317
2. County of Allegheny, Attn: Payroll Manager 436 Grant Street , Room 104
Pittsburgh, PA 15219

Executed on: **December 9, 2021**      **/s/Bryan P. Keenan**
                                                      Bryan P. Keenan, PA ID No. 89053
                                                    Bryan P. Keenan & Associates P.C.
                                                    Attorney for Debtor
                                                    993 Greentree Road, Suite 101
                                                    Pittsburgh, PA 15220
                                                    (412) 922-5116
                                                    keenan662@gmail.com