# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | **Bankruptcy No.  21-22333-CMB** |
| **Robert F. King** | ) | **Chapter  13** |
| **Beth A King, fka Beth A. Dethomas** | ) | **Doc No.**  47 |
|         Debtor(s). | ) | |
| | ) | |
| _____X | | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:  **the Debtor to provide for post petition mortgage payment changes.**

❑    a motion to lift stay
      as to creditor  _____

❑    Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑    Chapter 13 Plan dated _____
☒    Amended Chapter 13 Plan dated **February 2, 2022**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from **$1,400.00** to **$1,495.00**
      per month effective **June 2024;**

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____
_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

❑ Other:
_____

The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:

**\*  Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 CL. #  12-1.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this 15th day of \_\_\_\_May\_\_\_\_, 2024.

FILED
5/15/24 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Bohm      **dmr**
United States Bankruptcy Judge

Stipulated by:                                  Stipulated by:

/s/ Bryan P. Keenan                             /s/ James Warmbrodt
Bryan P. Keenan                                 James Warmbrodt
Counsel to Debtor                               Counsel to Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-22333-CMB
Robert F. King     Chapter 13
Beth A. King
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: May 15, 2024     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert F. King, Beth A. King, 146 East College Street, Canonsburg, PA 15317-1731 |
| 15426825 | + | Boro of Canonsburg, Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15431093 | | Edward J. Ciecka, 5054 Lake Breeze Ln, Maumee, OH 43537-8518 |
| 15426831 | + | Edward and Debra Ceicka, 5054 Lake Breeze Lane, Maumee, OH 43537-8518 |
| 15426832 | + | Federal Home Loan Mortgage Corp,, Trustee for the Benefit of Freddie MAC, Seasoned Loans Secured Transaction Trust, 3217 S. Decker Lake Drive, Salt Lake City, UT 84199-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | May 15 2024 23:40:00 | Borough of Canonsburg, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 15426824 | + | Email/Text: ally@ebn.phinsolutions.com | May 15 2024 23:40:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15436157 | + | Email/Text: ebnjts@grblaw.com | May 15 2024 23:40:00 | Borough of Canonsburg, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15426827 | + | Email/Text: aalegalforwarding@wakeassoc.com | May 15 2024 23:40:00 | Choice Recovery, Re: Preferred Primary Care Physicians, 1105 Schrock Road, Suite 700, Columbus, OH 43229-1168 |
| 15426826 | + | Email/Text: aalegalforwarding@wakeassoc.com | May 15 2024 23:40:00 | Choice Recovery, 1105 Schrock Road, Suite 700, Columbus, OH 43229-1168 |
| 15426828 | + | Email/Text: BKPT@cfna.com | May 15 2024 23:40:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15429275 | | Email/Text: mrdiscen@discover.com | May 15 2024 23:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 15426829 | + | Email/Text: mrdiscen@discover.com | May 15 2024 23:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15426830 | + | Email/Text: emails@easternrevenue.com | May 15 2024 23:40:00 | Eastern Revenue Inc, Attn: Bankruptcy, 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 15426833 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 15 2024 23:41:00 | Federal Home Loan Mortgage Corp, .. etal, x/o SPS Servicing, Inc., Attn Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15444379 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

Case 21-22333-CMB   Doc 50   Filed 05/17/24   Entered 05/18/24 00:29:45   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 15 2024 23:41:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15426835 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 15 2024 23:41:00 | Genesis FS Card/Kay Jewelers, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15426836 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2024 23:40:00 | Internal Revenue Service, Re: Bankruptcy Filing, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15426837 | ^ | MEBN | May 15 2024 23:38:45 | KML Law Group, c/o Stephaine A. Walczak, Esquire, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15442112 | + | Email/Text: PBNCNotifications@peritusservices.com | May 15 2024 23:40:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15426838 | + | Email/Text: PBNCNotifications@peritusservices.com | May 15 2024 23:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15428377 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2024 23:49:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15426841 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2024 23:49:57 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, Re: Capital One Bank Usa N.A., 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15440218 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2024 23:49:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15426843 | + | Email/Text: bankruptcydepartment@tsico.com | May 15 2024 23:41:00 | Transworld Sys Inc/51, RE: Medexpress Urgent Care Pa, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15426839 | + | Email/Text: PBNCNotifications@peritusservices.com | May 15 2024 23:40:00 | kohls/Capone, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| 15426834 | | Frank E. DeThomas |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15426840 | ##+ | Medexpress Urgent Care PA, 1001 Consol Energy Dr, Canonsburg, PA 15317-6506 |
| 15426842 | ##+ | Preferred Primary Care Physicians, Manor Oak Two, 1910 Cochran Rd # 490, Pittsburgh, PA 15220-1203 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2024            Signature:            /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: pdf900 | Total Noticed: 26 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Joint Debtor Beth A. King keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor Robert F. King keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6