**Form 132**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

59

In re:  Bankruptcy Case No.: 21−22333−CMB

Chapter: 7

**Robert F. King**  Beth A. King
Debtor(s)  fka Beth A. Dethomas

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

Pamela J. Wilson is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 9/30/24

**Andrew R. Vara**
United States Trustee

**Marta E. Villacorta**
Assistant United States Trustee
Western District of Pennsylvania

---

I Pamela J. Wilson, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

Pamela J. Wilson

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22333-CMB |
| Robert F. King | Chapter 7 |
| Beth A. King | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 30, 2024 | Form ID: 132 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| tr | + Pamela J. Wilson, 810 Vermont Avenue, Pittsburgh, PA 15234-1222 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2024 at the address(es) listed below:

**Name**               **Email Address**

Bryan P. Keenan
    on behalf of Joint Debtor Beth A. King keenan662@gmail.com
    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Bryan P. Keenan
    on behalf of Debtor Robert F. King keenan662@gmail.com
    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Denise Carlon
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com

Office of the United States Trustee

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Sep 30, 2024 | Form ID: 132 | Total Noticed: 1

    ustpregion03.pi.ecf@usdoj.gov

Pamela J. Wilson
    pwilson@pjwlaw.net  pwilson@ecf.axosfs.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7