**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    ROBERT F. KING
    BETH A. KING
        Debtor(s)

Case No.:21-22333

Ronda J. Winnecour
       Movant
   vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/28/2021 and confirmed on 01/27/2022 . The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 49,559.00 |
| Less Refunds to Debtor | 1,360.36 | |
| TOTAL AMOUNT OF PLAN FUND | | 48,198.64 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,000.00 | |
|     Trustee Fee | 2,349.72 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,349.72 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 0.00 | 25,274.70 | 0.00 | 25,274.70 |
|     Acct: 2143 | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP | 24,671.41 | 14,018.22 | 0.00 | 14,018.22 |
|     Acct: 2143 | | | | |
|   CANONSBURG BOROUGH (GARBAGE) | 2,242.17 | 1,060.36 | 544.05 | 1,604.41 |
|     Acct: 1000 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6022 | | | | |
|   CANONSBURG BOROUGH (GARBAGE) | 1,405.82 | 798.78 | 0.00 | 798.78 |
|     Acct: 1000 | | | | |
|   CANONSBURG BOROUGH (SWG)** | 227.24 | 98.99 | 53.82 | 152.81 |
|     Acct: 1000 | | | | |
|   CANONSBURG BOROUGH (SWG)** | 11.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 1000 | | | | |
| | | | | 41,848.92 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 21-22333 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | ROBERT F. KING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERT F. KING | 1,360.36 | 1,360.36 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRYAN P KEENAN ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 710.03 | 0.00 | 0.00 | 0.00 |
| | Acct: 8017 | | | | |
| | | * * * N O N E * * * | | | |
| Unsecured | | | | | |
| | ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1990 | | | | |
| | CHOICE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8939 | | | | |
| | CHOICE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9440 | | | | |
| | CHOICE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2647 | | | | |
| | CHOICE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2465 | | | | |
| | CHOICE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8474 | | | | |
| | CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6995 | | | | |
| | DISCOVER BANK(*) | 7,970.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 5332 | | | | |
| | EASTERN REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4821 | | | | |
| | EDWARD J CIECKA | 6,300.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KOHLS | 174.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 2859 | | | | |
| | KOHLS DEPARTMENT STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 225.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 7647 | | | | |
| | PREFERRED PRIMARY CARE PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4693 | | | | |
| | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4618 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1188 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1157 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5643 | | | | |
| | INTERNAL REVENUE SERVICE* | 2,520.55 | 0.00 | 0.00 | 0.00 |
| | Acct: 8017 | | | | |
| | LVNV FUNDING LLC | 472.90 | 0.00 | 0.00 | 0.00 |
| | Acct: 6022 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | * * * N O N E * * * | | | |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 41,848.92 |
| TOTAL CLAIMED | | |
| PRIORITY | 710.03 | |
| SECURED | 28,558.41 | |
| UNSECURED | 17.664.06 | |

Date: 10/25/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com