# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Re: | : | Bankruptcy No. 21-22333-CMB |
| Robert F. King | : | Chapter 7 |
| Beth A. King | : | |
|     Debtor | : | Document No. |
| Beth A. King | : | |
|     Movant | : | |
|         v. | : | |
| St. Clair Health | : | |
|     Respondent | : | |

### CERTIFICATE OF SERVICE FOR DEBTORS
### COVER SHEET, AMENDED SCHEDULE F,
### CHAPTER 7 MOC NOTICE, AND TEXT ORDER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **October 17, 2024**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Pamela Wilson, Chapter 7 Trustee at** pwilson@pjwlaw.net

**1.) Service by First Class Mail--**
a. St Clair Hospital, PO Box 1870, Cary, NC 27512

Date: November 13, 2024        **/s/ Bryan P. Keenan**
                                                   Bryan P. Keenan, PA ID No. 89053
                                                   Bryan P. Keenan & Associates P.C.
                                                   Attorney for Debtor
                                                   993 Greentree Road, Suite 201
                                                   Pittsburgh, PA 15220
                                                   (412) 922-5116
                                                   keenan662@gmail.com