# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-22333-CMB |
| Robert F. King | : | Chapter  7 |
| Beth A. King | : | |
| Debtor | : | Document No. |
| Beth A. King | : | |
| Movant | : | |
| v. | : | |
| Allegheny Health Network, Direct TV, | : | |
| Highmark Community Blue Medicare HMO | : | |
| PA Department of Human Services, Revco Solution | : | |
| Sequium Asset Solutions, LLC, St Clair Hospital, | : | |
| Transworld Sys Inc/51, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE FOR DEBTORS
## COVER SHEET, AMENDED SCHEDULE F,
## CHAPTER 7 MOC NOTICE, AND TEXT ORDER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on:

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Pamela Wilson, Chapter 7 Trustee at** pwilson@pjwlaw.net

**2.) Service by First Class Mail--**
Allegheny Health Network
PO Box 645266
Pittsburgh, PA 15264

Direct TV
P.O. Box 5007
Carol Stream, IL 60197-5007

Highmark Community Blue Medicare HMO
PO Box 890118
Camp Hill, PA 17089-0118

Medicare in Pennsylvania

c/o Novitas Solutions
PO Box 3385
Mechanicsburg, PA 17055-1840

PA Department of Human Services
ESTATE RECOVERY PROGRAM
P.O. BOX 8486
Harrisburg, PA 17105-8486

Revco Solutions
Re: St. Clair Hospital
PO Box 2724
Columbus, OH 43216-2724

Sequium Asset Solutions, LLC
Re: Direct TV
2700 Cumberland Parkway, Ste 200
Atlanta, GA 30397

St Clair Hospital
PO Box 1870
Cary, NC 27512-1870

Transworld Sys Inc/51
RE: Medexpress Urgent Care Pa
Attn: Bankruptcy
Po Box 15630
Wilmington, DE 19850

Date: **December 27, 2024**                    **/s/ Bryan P. Keenan**
                                               Bryan  P. Keenan, PA ID No. 89053
                                               Bryan  P. Keenan  & Associates P.C.
                                               Attorney for Debtor
                                               993 Greentree Road, Suite 201
                                               Pittsburgh, PA 15220
                                               (412) 922-5116
                                               keenan662@gmail.com