Certificate Number: 20102-PAW-DE-039217039

Bankruptcy Case Number: 21-22333



20102-PAW-DE-039217039

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 7, 2025</u>, at <u>10:32</u> o'clock <u>AM EST</u>, <u>Beth King</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>January 7, 2025</u>          By:     <u>/s/Marcy Walter</u>

                                        Name:   <u>Marcy Walter</u>

                                        Title:   <u>President-Manager</u>