**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert F. King<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8017<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Beth A. King<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6311<br>EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   21–22333–CMB

## Order of Discharge                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert F. King                                    Beth A. King
                                                  fka Beth A. Dethomas

2/5/25                                            **By the court:**  Carlota M Bohm
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22333-CMB |
| Robert F. King | Chapter 7 |
| Beth A. King | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 05, 2025 | Form ID: 318 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert F. King, Beth A. King, 146 East College Street, Canonsburg, PA 15317-1731 |
| 15426825 | + | Boro of Canonsburg, Jordan Tax Service, 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15431093 | | Edward J. Ciecka, 5054 Lake Breeze Ln, Maumee, OH 43537-8518 |
| 15426831 | + | Edward and Debra Ceicka, 5054 Lake Breeze Lane, Maumee, OH 43537-8518 |
| 15426832 | + | Federal Home Loan Mortgage Corp,, Trustee for the Benefit of Freddie MAC, Seasoned Loans Secured Transaction Trust, 3217 S. Decker Lake Drive, Salt Lake City, UT 84199-0001 |
| 16472944 | | Highmark Community Blue Medicare HMO, PO Box 890118, Camp Hill, PA 17089-0118 |
| 16472945 | | Medicare in Pennsylvania, c/o Novitas Solutions, PO Box 3385, Mechanicsburg, PA 17055-1840 |
| 15426842 | + | Preferred Primary Care Physicians, Manor Oak Two, 1910 Cochran Rd # 490, Pittsburgh, PA 15220-1203 |
| 16472948 | + | Sequium Asset Solutions, LLC, Re: Direct TV, 2700 Cumberland Parkway, Ste 200, Atlanta, GA 30339-3321 |
| 16443370 | | St Clair Health, PO Box 1870, Cary, NC 27512-1870 |
| 16472949 | | St Clair Hospital, PO Box 1870, Cary, NC 27512-1870 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 06 2025 05:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2025 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 06 2025 05:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2025 00:04:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 06 2025 00:03:00 | Borough of Canonsburg, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 16472942 | ^ | MEBN | Feb 05 2025 23:59:41 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15426824 | + | EDI: GMACFS.COM | Feb 06 2025 05:00:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15436157 | + | Email/Text: ebnjts@grblaw.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 06 2025 00:03:00 | Borough of Canonsburg, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15426827 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 06 2025 00:03:00 | Choice Recovery, Re: Preferred Primary Care Physicians, 1105 Schrock Road, Suite 700, Columbus, OH 43229-1168 |
| 15426826 | + | Email/Text: bankruptcy.accounts@wakeassoc.com | Feb 06 2025 00:03:00 | Choice Recovery, 1105 Schrock Road, Suite 700, Columbus, OH 43229-1168 |
| 15426828 | + | EDI: CRFRSTNA.COM | Feb 06 2025 05:00:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 16472946 | | Email/Text: RA-PWESTATERECOVERY@pa.gov | Feb 06 2025 00:03:00 | PA Department of Human Services, ESTATE RECOVERY PROGRAM, P.O. BOX 8486, Harrisburg, PA 17105-8486 |
| 16472943 | | EDI: DIRECTV.COM | Feb 06 2025 05:00:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 15429275 | | EDI: DISCOVER | Feb 06 2025 05:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 15426829 | + | EDI: DISCOVER | Feb 06 2025 05:00:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15426830 | + | Email/Text: emails@easternrevenue.com | Feb 06 2025 00:03:00 | Eastern Revenue Inc, Attn: Bankruptcy, 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 15426833 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 06 2025 00:04:00 | Federal Home Loan Mortgage Corp, .. etal, x/o SPS Servicing, Inc., Attn Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15444379 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 06 2025 00:04:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15426835 | + | EDI: PHINGENESIS | Feb 06 2025 05:00:00 | Genesis FS Card/Kay Jewelers, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 15426836 | + | EDI: IRS.COM | Feb 06 2025 05:00:00 | Internal Revenue Service, Re: Bankruptcy Filing, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15426837 | ^ | MEBN | Feb 05 2025 23:59:34 | KML Law Group, c/o Stephaine A. Walczak, Esquire, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15442112 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 06 2025 00:03:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15426838 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 06 2025 00:03:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15428377 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 00:22:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15426841 | | EDI: PRA.COM | Feb 06 2025 05:00:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, Re: Capital One Bank Usa N.A., 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15440218 | | EDI: PRA.COM | Feb 06 2025 05:00:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 16472947 | ^ | MEBN | Feb 05 2025 23:59:45 | Revco Solutions, Re: St. Clair Hospital, PO Box 2724, Columbus, OH 43216-2724 |
| 15426843 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 06 2025 00:04:00 | Transworld Sys Inc/51, RE: Medexpress Urgent Care Pa, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15426839 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 06 2025 00:03:00 | kohls/Capone, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| 15426834 | | Frank E. DeThomas |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16472950 | *+ | Sequium Asset Solutions, LLC, Re: Direct TV, 2700 Cumberland Parkway, Ste 200, Atlanta, GA 30339-3321 |
| 16472951 | * | St Clair Hospital, PO Box 1870, Cary, NC 27512-1870 |
| 16472952 | *+ | Transworld Sys Inc/51, RE: Medexpress Urgent Care Pa, Attn: Bankruptcy, Po Box 15630, Wilmington,DE 19850-5630 |
| 15426840 | ##+ | Medexpress Urgent Care PA, 1001 Consol Energy Dr, Canonsburg, PA 15317-6506 |

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2025                Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Joint Debtor Beth A. King keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor Robert F. King keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Canonsburg jhunt@grblaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | pwilson@pjwlaw.net pwilson@ecf.axosfs.com |

TOTAL: 6